# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

136007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                       SC: 136007
                                                        COA: 282527
                                                        Saginaw CC: 06-027564-FC
JAMES CAYLYN RODRIGUEZ,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 17, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

p0519